1

2

3                                 UNITED STATES DISTRICT COURT

4                                 NORTHERN DISTRICT OF CALIFORNIA

5

6    ANTHONY T. DAVIS,

7
                    Petitioner,                              No. C 02-0538 PJH
8
              v.                                             **ORDER TO SHOW CAUSE**
9
     D.L. RUNNELS, WARDEN,
10

11                  Respondent.
     _____/
12

13          On March 27, 2007, petitioner Anthony Davis ("Davis") notified the court that the

14   California Supreme Court denied his petition for review on his Confrontation Clause

15   claim under *Crawford v. Washington*, 541 U.S. 36 (2004), and suggested that the court

16   set the matter for hearing.  However, the court does not believe that a hearing is

17   necessary.

18          Additionally, given the United States Supreme Court's recent decision in *Whorton*

19   *v. Bockting*, 127 S. Ct. 1173 (Feb. 28, 2007), in which the Court held that *Crawford* does

20   not apply retroactively, Davis' Confrontation Clause claim is therefore governed by *Ohio*

21   *v. Roberts*, 448 U.S. 56, 65 (1980).   *See Bolton v. Knowles*, 2007 WL 793200 at *1 (9th

22   Cir. Mar. 13, 2007) (noting that habeas petitioner's Confrontation Clause claim is

23   governed by the standards set forth in *Ohio v. Roberts*); *accord Miller v. Fleming*, 2007

24   WL 840981 (9th Cir. Mar. 19, 2007).  Although this court suggested in its March 8, 2005

25   abeyance order that it would permit further briefing following exhaustion of the claim, the

26   recent case law renders such briefing unnecessary.  That is because the claim was

27   already fully briefed under *Ohio v. Roberts* at the time of the abeyance.  In fact, Davis'

28   entire habeas petition, including the Confrontation Clause claim, were

1  fully briefed as of November 11, 2002.  It was only the Supreme Court's subsequent

2  decision in *Crawford* which required the prior supplemental briefing and state court

3  proceedings.  Now that *Crawford* does not apply, further briefing on the issue would not

4  assist the court.

5          Accordingly, the court believes that the matter is ready for final adjudication.  To

6  the extent that either party disagrees, the parties are ORDERED TO SHOW CAUSE

7  why the matter should not be finally adjudicated within **ten days of the date of this**

8  **order.**  Respondent is also ORDERED to submit to the court a copy of the California

9  Supreme Court's recent order denying Davis' petition for review.

10         **IT IS SO ORDERED.**

11

12  Dated: March 28, 2007

13                                                        _____

14                                                        PHYLLIS J. HAMILTON
                                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28