UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY T. DAVIS,

       Petitioner,                        No. C 02-0538 PJH

     v.                                  **JUDGMENT**

D.L. RUNNELS, WARDEN,

       Respondent.
_____/

     Pursuant to the order dismissing Davis' federal habeas petition under 28 U.S.C. § 2254 signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 2, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge